## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| ABELSON LEGAL SEARCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 2:17-cv-02574-JPM-cgc |
| v. | ) |
| | ) |
| BAKER DONELSON, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, by and through its attorneys, and voluntarily dismisses the above cause with prejudice and each party to bear their own costs.

Respectfully Submitted:

/s/ William A. Wooten
William A. Wooten (TN Bar No. 26674)
WOOTEN LAW OFFICE
120 Court Square East
Covington, TN 38019
T: (901) 475-1050
F: (901) 475-0032
william@wootenlawoffice.com


/s/ Alan S. Mandel
Alan S. Mandel (admitted *pro hac vice*)
MANDEL & MANDEL, LLP
1108 Olive Street, Fifth Floor
St. Louis, MO 63101
T: (314) 621-1701
F: (314) 621-4800
*Counsel for Plaintiff Abelson Legal Search*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day November, 2017, a true and correct copy of the foregoing was electronically filed with the U.S. District Court for the Western District of Tennessee, and was served on all counsel of record by the Court's electronic filing notification system or by email.

Sam B. Blair, Jr. (TN Bar No. 10375)
Samuel P. Strantz (TN Bar No. 34461)
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 577-2257
Facsimile: (901) 577-0720
sblair@bakerdonelson.com
sstrantz@bakerdonelson.com

                                             /s/ William A. Wooten
                                             William A. Wooten (TN Bar No. 26674)
                                             WOOTEN LAW OFFICE
                                             120 Court Square East
                                             Covington, TN 38019
                                             T: (901) 475-1050
                                             F: (901) 475-0032
                                             william@wootenlawoffice.com